United States District Court
Eastern District of California

Frederick Marc Cooley
Plaintiff(s)

V.

Experian Information Solutions, Inc.
Defendant(s)

Case Number: 2:26-cv-00272-DC-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christian A. Coward hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Experian Information Solutions, Inc.

On 12/14/2021 (date), I was admitted to practice and presently in good standing in the Maryland State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/24/2026 Signature of Applicant: /s/ Christian A. Coward

**Pro Hac Vice Attorney**

Applicant's Name: Christian A. Coward

Law Firm Name: Venable LLP

Address: 750 E. Pratt Street

Suite 900

City: Baltimore State: MD Zip: 21202

Phone Number w/Area Code: (410) 244-7453

City and State of Residence: Baltimore, Maryland

Primary E-mail Address: CACoward@Venable.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicole N. King

Law Firm Name: Venable LLP

Address: 2049 Century Park East

Suite 3400

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (310) 229-0427 Bar # 290204

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE